```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 17269
   WARREN MCKEITHEN
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-6454

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 07/03/2008 and was confirmed 10/16/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 03/05/2009.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID            PAID
--------------------------------------------------------------------------------
DRIVE FINANCIAL            SECURED VEHIC        .00              .00            .00
DRIVE FINANCIAL            UNSECURED       NOT FILED             .00            .00
PREMIER BANKCARD           UNSECURED       NOT FILED             .00            .00
SPRINT PCS                 UNSECURED       NOT FILED             .00            .00
AT&T                       UNSECURED       NOT FILED             .00            .00
CITY OF CHICAGO PARKING    UNSECURED          8715.00            .00            .00
COMMONWEALTH EDISON        UNSECURED          1293.48            .00            .00
COMCAST                    UNSECURED       NOT FILED             .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED       NOT FILED             .00            .00
PERFORMANCE CAPITAL MANA   UNSECURED          2463.10            .00            .00
JEFFERSON CAPITAL SYSTEM   UNSECURED           258.68            .00            .00
SALLIE MAE GUARANTEE SER   UNSECURED         12973.03            .00            .00
SALLIE MAE SERVICING COR   UNSECURED          3756.87            .00            .00
SALLIE MAE LOAN SERVICIN   UNSECURED       NOT FILED             .00            .00
SALLIE MAE LOAN SERVICIN   UNSECURED       NOT FILED             .00            .00
SALLIE MAE LOAN SERVICIN   UNSECURED       NOT FILED             .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED          1667.72            .00            .00
ROUNDUP FUNDING LLC        UNSECURED           298.86            .00            .00
AMERICAN EXPRESS           UNSECURED           125.00            .00            .00
FORD MOTOR CREDIT COMP     UNSECURED         10682.28            .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      3,464.00                         278.40
TOM VAUGHN                 TRUSTEE                                            21.60
DEBTOR REFUND              REFUND                                               .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS         DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                    300.00

PRIORITY                                                           .00
SECURED                                                            .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 17269 WARREN MCKEITHEN
```

```
UNSECURED                                                              .00
ADMINISTRATIVE                                                      278.40
TRUSTEE COMPENSATION                                                 21.60
DEBTOR REFUND                                                          .00
                                        ----------------    ----------------
TOTALS                                            300.00              300.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                  /s/ Tom Vaughn
Dated: 03/26/09                   _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```